Case 7:24-cv-00467   Document 18   Filed 01/22/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIBEL DE LEON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:24-CV-467 |
| § | |
| FRANK BISIGNANO, § | |
| Commissioner of Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's Report and Recommendation regarding Plaintiff De Leon's action pursuant to 42 U.S.C. § 402(g) of the Social Security Act. After having reviewed said Report and Recommendation, and no objections having been filed by either party, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court. It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Juan F. Alanis' Report and Recommendation entered as Docket Entry No. 17 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that the Commissioner's decision should be **AFFIRMED**, and the case should be **DISMISSED.**

The Clerk shall send a copy of this Order to the Plaintiff and counsel for Defendant.

SO ORDERED January 22, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge